02-11-365-CV










 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00365-CV 

 

 


 
 
 TRISUN Healthcare, LLC d/b/a The Plaza At Mansfield
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Gina Kay, Individually and as Representative of the
 Estate of Tamsey Lynora Moore, Deceased
 
 
  
 
 
 APPELLEES 
 
 


 

------------

 

FROM THE 48th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant’s Unopposed Motion To Dismiss.”  It is the court’s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and GARDNER, J.  

 

DELIVERED:
 February 16, 2012









[1]See Tex. R. App. P. 47.4.